Joseph F. ADA; Felix P. Camacho,
Plaintiffs–Appellees,

v.

GOVERNMENT OF GUAM; Guam Election Commission, and its commissioners; Joseph F. Mesa, Commissioner; Joseph T. Duenas, Commissioner; Frederick J. Horecky, Commissioner; Douglas B. Moylan, Commissioner; Rosanna D. San Miguel, Commissioner; Leonila L.G. Herrero, Commissioner, Defendants,

and Carl T.C. Gutierrez; Madeleine Z. Bordallo, Real Parties in Interest-Appellants.

No. 98–17306.

United States Court of Appeals, Ninth Circuit.

March 6, 2000.

Before: NOONAN and TASHIMA, Circuit Judges, and RESTANI, Court of International Trade Judge.*

The Supreme Court having reversed our decision, 179 F.3d 672 (9th Cir.1999), and remanded for proceedings consistent with its opinion, the order of the District Court of Guam is reversed and the case is remanded for further proceedings consistent with the opinion of the Supreme Court.